## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, ) | |
| Debtors. ) | |
| ) | 17-13886 |
| ) | (Jointly Administered) |
| ) | Judge Pamela Hollis |

| | |
|---|---|
| HOWARD B. SAMUELS, solely as chapter 7 ) | |
| trustee of the estates of CENTRAL ) | |
| GROCERS, INC., *et al.* ) | |
| Plaintiff, ) | |
| ) | |
| ) | Adversary No. 18-00690 |
| v. ) | |
| CHIPAIN'S FINER FOODS WEST, INC., ) | |
| JAMES CHIPAIN, and PETER CHIPAIN, ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Leo Oppenheimer
      via ecf and
loppenheimer@rctlegal.com
      Eric D. Madden   via ecf
      J. Benjamin King  via ecf
      Reid Collins & TSAI LLP
      1601 Elm Street 42nd Floor
      Dallas TX 75201

PLEASE TAKE NOTICE that on March 14, 2019 , at the hour of 10:00 or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Pamela Hollis Bankruptcy Judge, in Room 644 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached Motion for Judgment on the Pleadings a copy of which is hereby served upon you.

*/s/ Dennis M. Sbertoli/*

Dennis M. Sbertoli
ARDC # 3128965
P.O. Box 1482
La Grange Park, Illinois  60526
(708) 579-9724
M4JoP-NOM

## CERTIFICATE OF SERVICE

    I, Dennis M. Sbertoli, an attorney, hereby certify that I have on March 5th 2019 caused a true and correct copy of the foregoing Notice and attachment referred to therein to be served upon the parties to whom this Notice is directed at their respective addresses by United States mail postage prepaid and via the court's ecf noticing system.

_/s/ Dennis M. Sbertoli_

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>CENTRAL GROCERS, INC., *et al.*,<br>Debtors. | )<br>) Chapter 7<br>)<br>)<br>) 17-13886<br>) (Jointly Administered)<br>) Judge Pamela Hollis |
| HOWARD B. SAMUELS, solely as chapter 7<br>trustee of the estates of CENTRAL<br>GROCERS, INC., *et al.*<br>Plaintiff,<br><br>v.<br>CHIPAIN'S FINER FOODS WEST, INC.,<br>JAMES CHIPAIN, and PETER CHIPAIN,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Adversary No. 18-00690<br>)<br>)<br>)<br>) |

MOTION FOR JUDGMENT ON THE PLEADINGS
PETER CHIPAIN AND JAMES CHIPAIN
FRBP 12 (c)

Now come certain Defendants Peter Chipain (PETER) and James Chipain (JAMES) by their attorney, Dennis M. Sbertoli and as and for their Motion for Judgment on the Pleadings, submit the following.

BACKGROUND

PETER and JAMES were the principals in a family owned grocery store commonly known as Chipain's Fresh Market. It was incorporated as Chipain's Finer Foods West, Inc. (Chipain's Fresh Market and Chipain's Finer Foods West, Inc., are collectively referred to as CHIPAIN'S) The business operated for approximately 90 years in various locations in and around Chicago until February 2017. The final site was Lemont, Illinois when the business was forced to close as a direct result of Central Grocers' (CGI) failure to honor its rebate payment

obligation. Plaintiff's Amended Complaint names, as defendants, Chipain's Finer Foods West, Inc., Peter Chipain and James Chipain.

CGI functioned as a cooperative with many members throughout the Midwest. To become a member a company would submit a Membership Application. The Membership Application identifies the Member as Chipain's Finer Foods West, Inc. Peter Chipain executed the application in his capacity as president of Chipain's Finer Foods West, Inc. A copy of Chipain's application is attached as Exhibit A.

The Amended Complaint asserts a variety of causes of action ranging from avoidance of CGI's obligations to avoidance of transfers. Each of Plaintiff's eleven counts is directed "against all defendants." Other than lumping Peter and James into his characterization of defendants as "all defendants" plaintiff asserts no independent theory of liability against the individuals.

Attached to Plaintiff's Amended Complaint, as Exhibit F-1 is a document labeled "Patronage Dividend Transfer Schedule." Exhibit F-1 purports to list three money transfers to Chipain's only. It makes no reference to Peter or James.

Also attached to Plaintiff's Amended Complaint, as Exhibit F-2 is a document labeled as "Allowance Dividend Transfer Schedule." Exhibit F-2 purports to set forth a transfer to Chipain's but makes no reference or assertion that any transfer was made to Peter or James.

Reading the complaint in a light most favorable to Plaintiff it appears that no actual fact based allegations have been made to suggest that either Peter or James were the recipients of any transfers.

## ARGUMENT

A Motion for Judgment on the Pleadings, pursuant to FRBP 12(c) can be granted where it

appears beyond a doubt that the Plaintiff cannot prove any facts to support his claim for relief. The moving party must demonstrate that there are no material facts to be resolved. Sequel Capital LLC v. William Pearson *et al*, 2010 WL 4008161. FRBP 12(c) motions are to be reviewed under the same standard as a Motion to Dismiss brought under FRBP 12(b)(6). Piscotta v. Old Nat'l Bancorp, 499 F.3d 629 (7th Cir. 2007). The standard for attacking a complaint under 12(b)(6) does not mandate detailed factual allegations because a Plaintiff's obligations require him to state the grounds for his entitlement for relief. To plead his entitlement for relief Plaintiff must do more than allege labels, conclusions and a formulaic recitation of the elements of a cause of action. The essential factual allegations must be sufficient to elevate the right to relief beyond a speculative level. Bell Atlantic Corporation v. William Twombly, *et al*, 550 U.S. 544 (2007). In the case at hand, Plaintiff has made no specific allegations as the Peter and James. He simply lumps them in with Chipain's Inc., and labels them all as "defendants." He sets forth no allegation that would suggest Chipain's Inc., transfered any money to Peter and James. He sets forth no facts implying they failed to observe corporate formalities to give rise to a cause of action to pierce the corporate veil.

## TRANSFEREE STATUS

Neither Peter nor James are transferees. A transferee is one who, at a minimum, has dominion over the money or other asset, the right to put the money to one's own purposes; thus, to be initial transferee, within the meaning of statutes governing liability of transferees of avoided transfer, transferee must have the legal right to use the funds for whatever purposes he or she wishes. Antex, Inc. V. Kimberly Prestion, 397 B.R 168 (2008). Plaintiff, herein makes no allegation that either Peter or James ever had possession of the money at issue. Plaintiff's

3

exhibits purport to be representations of payments and transfers, but again, only to the corporation, Chipain's.

## CONCLUSION

Peter and James do not deny that CGI incurred obligations to Chipain's, Inc., or that CGI made the two payments to Chipain's, Inc. They concede that Plaintiff has pled the minimum necessary to survive a Motion to Dismiss as to Chipain's, Inc., but the exhibits and allegations set forth no facts to support a cause of action beyond Chipain's, Inc.

Wherefore, Defendants Peter Chipain and James Chipain respectfully request that this Court enter judgment pursuant to FRBP 12(c) in their favor.

Peter Chipain and James Chipain

By: _____
Dennis M. Sbertoli, their attorney

Dennis M. Sbertoli
ARDC 3128965
PO Box 1482
La Grange Park, IL 60526
(708) 579-9724
dsbert4978@aol.com
ChipainJ\adsSamuels\M4JoP

4

# EXHIBIT A

SUBMIT MEMBERSHIP APPLICATION TO: CENTRAL GROCERS, INC.
11100 BELMONT AVENUE
FRANKLIN PARK, IL 60131

268

## MEMBERSHIP APPLICATION (CGM Transition)

We are pleased that you have made the decision to transition your business to Central Grocers, Inc. In order to proceed with the process of setting your store up in our system, you will need to provide all of the following information about your company, it's organizational structure and other items requested in this application. Note that your failure to provide any information requested in this application, or any information provided by you that cannot be verified, may result in a delay in the processing of your application.

1. Please state the full and correct name of your Company/store as registered with the Illinois Secretary of State and any other State in which your Company is qualified to do business:

   Company Name _CHIPAIN'S FINER FOODS WEST INC._

2. Check the type of entity of applicant:

   ✓ Corporation     ___ LLC     ___ Partnership     ___ Sole Proprietorship

3. Provide your Federal Employers Identification Number (FEIN): _[Redacted]_

4. Provide your State Business (sales tax) Number(s)
   State _IL_         Tax Number _[Redacted]_

5. State any trade names or "doing business names", whether or not registered with the Secretary of State, that your Company uses and/or owns:

   DBA Name _CHIPAINS FRESH MARKET_

6. Provide the following information with respect to the store that you wish to receive deliveries:

   a. Store Name: _CHIPAINS_

   Street Address: _1100 STATE ST_    _LEMONT_    _IL_    _60439_
                   Street Address        City        State    Zip

   Store Phone Number: _630 257 5959_

   Store Fax Number: _630 257 0360_   E-mail Address: _chips268@sbcglobal.net_

   Store Contact Person: _TERRY SIWINSKI_  Meat Dept. Manager _JOHN JESPERSON_

   Produce Dept. Manager _BRIAN HURLEY_  Service Deli Manager _KERI POTRAZ_

   Size of Store retail selling area: _21,000_ square feet

Approximate weekly retail sales: __220,000__

Estimated weekly purchases
From Central Grocers: __120,000__

b. Certified Grocers Store Number __268__

Value Merchandise Store Number __8128__

c. Check One: ____ Own Building    __✓__ Lease Building

d. Check the following information with respect to the store that you wish to receive deliveries:

__✓__ Custom Pricing
____ Update Shelf Labels (No Price)
__✓__ Update Shelf Labels (with Price)

7. The Company's Officers, Directors, Owners is as follows:

| Name | Title | Home Address | Ownership % |
|---|---|---|---|
| JAMES CHIPAIN | Vice Pres | 11996 Oak Tree LN Lemont IL | 49% 60439 |
| PETER CHIPAIN | Pres | 13787 Steeples RD Lemont IL | 51% 60439-7333 |

8. The Company or the agent (completing this application) is affiliated with or has an ownership interest in the following (including affiliates and subsidiaries):

| Affiliates | Affiliates Address | Explain Affiliates |
|---|---|---|
| | | |

9. Our principal place of business and the location at which the Company maintains its accounting books:

__1100 STATE ST__   __LEMONT__   __IL__   __60439__
Street Address    City    State    Zip

__630 257 5959__        __630 257 0360__
Phone Number              Fax Number

10. Prompt written notice will be given to Central Grocers, Inc. of any change or amendment with respect to any of the information provided in this application. Until such notice is received by you, Central Grocers, Inc. shall be entitled to rely upon the foregoing in all respects. __PC__ (please initial)

11. Please ATTACH all the following documents of Company t this application:

- Articles of Incorporation
- Certificate of Good Standing
- Bank Resolutions
- FEIN information
- Shareholder Agreement re: voting rights
- ACH Payment Information per attached

This represents an application for membership in Central Grocers, Inc.'s cooperative by the undersigned Company, by and through its authorized agent. If approved by Central Grocers, Inc., this application shall represent Company's membership agreement with the cooperative.

In addition to the above, the Company does hereby agree to deposit with Central Grocers, Inc. a sum equal to TWO TIMES (2x) store's average weekly purchases. Furthermore, the member agrees to deposit additional sums of money from time to time as and when Company's weekly purchases increase or when balances become due, thereby maintaining the ratio of TWO TIMES (2x) its weekly purchases. If approved, Applicant agrees to pay all weekly statements via ACH payment in accordance with the Company's credit terms.

Central Grocers statements are mailed every Friday. They include deliveries from the prior Saturday through the end of business Friday. Payment terms for fully deposited members are two Wednesdays after the statement date, withdrawn via ACH. Members with less than two weeks deposit will have moneys withdrawn via ACH on Wednesday following the statement date, until their two weeks deposit requirements are fully met.

The member agrees that if this application for membership is approved, the Company's membership shall entitle the Company to participate in any patronage rebates of Central Grocers, Inc. based on the Company's purchases made during the term of membership subject to the rules, policies, regulations, and by-laws of Central Grocers, Inc. Any rebates earned shall be subject to, without process of law, being set off or applied at any time against any indebtedness owed by the Company, authorized agent, or affiliates of the Company or member stockholder of the Company.

Company, by and through it authorized agent, hereby signs and submits this application for membership in Central Grocers, Inc. As of the date executed below, having thoroughly reviewed the Central Grocers, Inc.'s rules, policies, regulations, and by-laws, upon approval of membership, the member further agrees to strictly comply with and be bound by the cooperatives rules, policies, regulations, and by-laws as currently in effect and as may be amended from time to time hereinafter. The applicant certifies that all information provided herein is true and accurate.

APPLICANT COMPANY

By _Peter Chipman_ (signature)

Its: _President_

Date _12/10/08_